# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2024

## NO. 03-24-00096-CR

**William Baptiste Bloys, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Appellant has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.